United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FELICIA NICHOLS,

                    Plaintiff,

          v.

CITY OF SAN JOSE, et al.,

                    Defendants.

Case No.  14-cv-03383-BLF

**REQUEST FOR CASE MANAGEMENT STATEMENT**

     In advance of the Initial Case Management Conference presently scheduled for January 8, 2015 at 1:30 p.m., the parties are HEREBY ORDERED to file a Joint Case Management Statement by **no later than noon on January 7, 2015.**  *See* Fed. R. Civ. P. 26(f); Civ. L.R. 16-9, 16-10.

     **IT IS SO ORDERED.**

Dated: January 6, 2015

BETH LABSON FREEMAN
United States District Judge