Kenneth N. Frucht (SBN 178881)
Frederick J. Geonetta (SBN 114824)
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 433-4589
Fax: (415) 392-7973
*Attorneys for Plaintiff Felicia Nichols*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA NICHOLS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, OFFICER SCHIPKE (#3910), OFFICER FERGUSON (#4030) and DOES 1-25, inclusive,<br><br>  Defendants. | CASE NO.: 14-03383<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

## STIPULATION

Pursuant to Civil Local Rules 6-2, 7-12 and 16-2(e), Plaintiff FELICIA NICHOLS, by and through her attorney of record, Kenneth Frucht of Geonetta & Frucht LLP, and Defendants CITY OF SAN JOSE, OFFICER KRISOPHER FERGUSON (#3030) and OFFICER CHRISTOPHER SCHIPKE (#3910), by and through their attorney of record, Deputy City Attorney Mark Vanni of the San Jose City Attorney's Office, hereby stipulate that the initial Case Management Conference ("CMC") currently scheduled to take place on January 8, 2015 at 1:30 p.m., be continued to January 22, 2015 at 1:30 p.m.

Good cause exists to continue the date of the initial CMC, including preparing the Joint CMC Statement and Proposed Order per Civil Local Rule 16-9, and other associated deadlines, because

1  Plaintiff's counsel Kenneth Frucht was unexpectedly hospitalized on December 19, 2014, and was not
2  released from the hospital until December 28, 2014.  Mr. Frucht spent the following week
3  recuperating, and did not return to work until January 5, 2014. Consequently, Mr. Frucht was unable
4  to meet and confer with Defendants' counsel or to assist in preparing a Joint Case Management
5  Conference Statement pursuant to Civil Local Rule 16-9(a).  Additionally, Mr. Frucht has a number
6  of doctor appointments scheduled for this and the following week, which would make it difficult for
7  him to prepare for and attend the scheduled CMC in San Jose.
8       A brief continuance of two weeks would allow the parties sufficient time before the CMC to
9  submit to the Court a Joint CMC Statement and to prepare for the CMC.  There have been no prior
10 requests for a continuance.  No prejudice will result to any party as a result of a continuance of the
11 CMC.
12 **SO STIPULATED.**
13
14 DATED: January 6, 15            GEONETTA & FRUCHT, LLP
15                                 By:  /s/
16                                      KENNETH FRUCHT
                                         Attorneys for Plaintiff
17                                       FELICIA NICHOLS
18
19 DATED: January 6, 15            SAN JOSE CITY ATTORNEY'S OFFICE
20
21                                 By:  /s/
                                         MARK VANNI
22                                       Deputy City Attorney
                                         Attorneys for Defendants
23                                       CITY OF SAN JOSE
                                         and OFFICER KRISOPHER FERGUSON (#3030)
24                                       and OFFICER CHRISTOPHER SCHIPKE (#3910)

## ~~[PROPOSED]~~ ORDER

Having considered the stipulation filed by the parties, and good cause appearing, the Court hereby ORDERS that the initial Case Management Conference be continued to January 22, 2015 at 1:30 p.m. with the associated deadlines continued accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 7, 2015

HON. BETH LABSON FREEMAN
United States District Court Judge