UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FELICIA NICHOLS,

        Plaintiff,

  v.

CITY OF SAN JOSE, et al.,

        Defendants.

Case No. 14-cv-03383-BLF

**CASE MANAGEMENT ORDER**

On January 22, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 11/12/2015 at 1:30 pm |
| Fact Discovery Cut-Off | 01/15/2016 |
| Disclosure of Expert Reports | 01/25/2016 |
| Disclosure of Rebuttal Expert Reports | 02/08/2016 |
| Expert Discovery Cut-Off | 02/18/2016 |
| Last Day to Hear Dispositive Motions | 03/24/2016 at 9:00 am |
| Final Pretrial Conference | 05/19/2016 at 2:30 pm |
| Trial | 06/20/2016 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT this case is referred to ADR for Early Neutral
6 Evaluation.

8 Dated: January 22, 2015

_____
BETH LABSON FREEMAN
United States District Judge