UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FELICIA NICHOLS,

        Plaintiff,

v.

CITY OF SAN JOSE, et al.,

        Defendants.

Case No. 5:14-cv-03383-BLF

**CASE MANAGEMENT ORDER**

On 11/12/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Close of Non Expert Discovery | 06/15/2016 |
| Close of Expert Reports | 06/24/2016 |
| Disclosure of Rebuttal Expert Reports | 07/07/2016 |
| Expert Discovery Cut-Off | 07/18/2016 |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1       IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3       IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5 IT IS FURTHER ORDERED THAT the Parties are to file a stipulated proposed schedule
6 regarding trial dates and deadlines.

Dated: 11/12/2015

_____
BETH LABSON FREEMAN
United States District Judge